IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
          v.                      )    Criminal No. 06-409
                                  )    (29 U.S.C. § 501(c) and 439(c))
CARROLL L. PHILLIPS               )

## INDICTMENT

### COUNTS ONE THROUGH FOUR

The Grand Jury charges:

At all times material to this Indictment:

1.    The defendant, CARROLL L. PHILLIPS, held the office
cf Treasurer of The Pitt Police Association (hereinafter "PPA").

2.    The PPA was a labor organization engaged in an
industry affecting interstate commerce within the meaning of
Sections 402(I) and (j) of Title 29, consisting of approximately 88
members employed at the University of Pittsburgh as security
guards, police dispatchers, communications specialists, and police
officers.

3.    The PPA maintained a checking account for the
necessary and ordinary financial needs of the organization at PNC
Bank in Pittsburgh, Pennsylvania (hereinafter "the PPA account").

4.    The defendant, CARROLL L. PHILLIPS, maintained
control and possession of the PPA account checkbook at all  times
during her term of office.

5.    In order for any check to be written on the PPA

account, both the President and the Treasurer of the PPA had to sign the check.

6.   During the period from August of 2002 through October of 2003, the defendant, CARROLL L. PHILLIPS, engaged in a practice of forging the required signature of the President of the PPA on a number of PPA account checks in order to take unauthorized sums of money from the PPA account.

7.   In addition, the PPA President would, on occasion, sign blank checks for the defendant, CARROLL L. PHILLIPS, with the expectation that the checks would be issued for legitimate PPA purposes.

8.   During the period from August of 2002 through October of 2003, the defendant, CARROLL L. PHILLIPS, engaged in a practice of issuing PPA checks to herself, or to another person known to the Grand Jury, for which there was no legitimate union need, in order to take unauthorized sums of money from the PPA account.

9.   On or about the dates listed below, within the Western District of Pennsylvania, the defendant, CARROLL L. PHILLIPS, while an officer, that is, Treasurer, of the PPA, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal, and unlawfully and willfully abstract and convert to her own use, the moneys, funds, securities, property, and other assets of said labor organization, in the approximate

amounts listed below, each identified check number, date and amount representing a separate count:

| COUNT | CHECK NUMBER | DATE | AMOUNT |
|-------|--------------|------|--------|
| 1 | 908 | August 5, 2002 | $600.00 |
| 2 | 912 | September 15, 2002 | $2,000.00 |
| 3 | 915 | November 9, 2002 | $200.00 |
| 4 | 942 | October 16, 2003 | $4,500.00 |

All in violation of Title 29, United States Code, Section 501(c).

## COUNT FIVE

The Grand Jury further charges:

10.  The matters set forth above at paragraphs one through eight are hereby re-alleged and incorporated by reference as though fully set forth herein.

11.  From on or about August of 2002 through on or about October of 2003, in the Western District of Pennsylvania, the defendant, CARROLL L. PHILLIPS, did willfully make and cause to be made false entries in records required to be maintained by Section 436 of Title 29, United States Code, that is, the bank account records, check stubs and accountant's ledger for the PPA account, which are records on matters required to be reported in the annual financial report of the PPA required to be filed with the Secretary of Labor.

In violation of Title 29, United States Code, Section 439(c).

A True Bill,

_____
FOREPERSON

*May Beth Buchanan*
MARY BETH BUCHANAN
United States Attorney
PA ID No. 50254

4